# SCHEDULES OF ASSETS AND LIABILITIES
# AND STATEMENT OF FINANCIAL AFFAIRS

# GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMER REGARDING DEBTOR'S SCHEDULES AND STATEMENTS

The Schedules of Assets and Liabilities (the "**Schedules**") and Statement of Financial Affairs (the "**SOFA**" and together with the Schedules, the "**Bankruptcy Schedules**") of Preferred Communications Systems, Incorporated (the "**Debtor**"), have been prepared pursuant to section 521 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 1007 of the Federal Rules of Bankruptcy Procedure by the Debtor and are unaudited. These Global Notes and Statement of Limitations, Methodology, and Disclaimer Regarding Debtor's Schedules and Statements (the "**Global Notes**") comprise an integral part of the Bankruptcy Schedules and should be referred to and considered in connection with any review of them.

The information provided herein, except as otherwise noted, is as of the close of business on July 27, 2021, the last date prior to the date of filing of the Debtor's bankruptcy case (the "**Petition Date**") on which financial information was available. Although the Debtor has made reasonable efforts to ensure that the Bankruptcy Schedules are as complete and accurate as possible in light of the circumstances, there can be no assurance that these Bankruptcy Schedules are, in fact, complete or accurate.

None of the Debtor nor the attorneys for the Debtor guarantees or warrants the accuracy, completeness, or currentness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained herein. While every effort has been made to provide accurate and complete information herein, inadvertent errors or omissions may exist.

## Specific Disclosures with Respect to the Debtor's Schedules

**Schedule E/F Part 2**. The Debtor has used reasonable best efforts to report all general unsecured Claims against the Debtor on Schedule E/F Part 2 based upon the Debtor's existing books and records as of the Petition Date.

The Claims listed on Schedule E/F Part 2 arose or were incurred on various dates. In certain instances, the date on which a Claim arose is an open issue of fact. Although reasonable efforts have been made to identify the date of incurrence of each Claim, determining the date upon which each Claim on Schedule E/F Part 2 was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtors may not have listed a date for each Claim listed on Schedule E/F Part 2. As a general matter, the date of incurrence of each Claim was listed as the most recent invoice date, if available.

Schedule E/F Part 2 contains information regarding pending litigation involving the Debtor. The dollar amount of potential Claims associated with any such pending litigation is listed

as "undetermined" and marked as contingent, unliquidated and disputed in the Schedules and Statement.

The Debtor expressly incorporates by reference into Schedule E/F Part 2 all parties to pending litigation listed in Statement 7 as contingent, unliquidated and disputed claims, to the extent not already listed on Schedule E/F Part 2.

**SCHEDULE G**. The listing of any contract on Schedule G does not constitute an admission by the Debtor as to the validity of any such contract or that such contract is an executory contract or unexpired lease. The Debtor reserves all of its rights to dispute the effectiveness of any such contract listed on Schedule G or to amend Schedule G at any time to remove any contract. Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease or that such contract or agreement was in effect on the Petition Date or is valid or enforceable. The Debtor hereby reserves all of its rights to dispute the validity, status or enforceability of any contracts, agreements or leases set forth on Schedule G and to amend or supplement Schedule G as necessary.

The Debtor reserves all rights to amend the Bankruptcy Schedules, in all respects, as may be necessary or appropriate, including, but not limited to, the right to dispute or to assert offsets or defenses to any claim reflected on the Bankruptcy Schedules as to amount, liability or classification, or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated." Any failure to designate a claim as "contingent," "unliquidated," or "disputed" does not constitute an admission by the Debtor that such claim is not "contingent," "unliquidated," or "disputed."

## Specific Disclosures with Respect to the Debtor's Statements

**Statement 7**. Information provided in Statement 7 includes only those legal disputes and administrative proceedings that are formally recognized by an administrative, judicial or other adjudicative forum. Additionally, any information contained in Statement 7 shall not be a binding representation of the Debtor's liabilities with respect to any of the suits and proceedings identified therein.

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Preferred Communication Systems, Incorporated** |
| United States Bankruptcy Court for the: | DISTRICT OF DELAWARE |
| Case number (if known) | 21-11082 |

☐ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1: Income

1. **Gross revenue from business**

   ■ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

### Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|---|
   | 3.1. | **Berger Harris LLP**<br>**1105 North Market Street**<br>**11th Floor**<br>**Wilmington, DE 19801** | **April 26, 2021; April 30, 2021; June 10, 2020** | **$7,995.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other **Legal Services** |
   | 3.2. | **North Sight Communications, Inc.**<br>**3221 Levittown Boulevard**<br>**Toa Baja, PR 00949** | **April 1, 2021; April 26, 2021; May 1, 2021; May 12, 2021; June 1, 2021; June 21, 2021; July 27, 2021** | **$217,150.20** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other __ |

| Debtor | Preferred Communication Systems, Incorporated | Case number *(if known)* | |
|---|---|---|---|

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.3. | O'Kelly & O'Rourke, LLC<br>824 North Market Street<br>Suite 1001A<br>Wilmington, DE 19801 | May 18, 2021 | $265,172.70 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other **Legal Services** |
| 3.4. | O'Kelly & Ernst, LLC<br>824 North Market Strett<br>Suite 1001A<br>Wilmington, DE 19801 | April 23, 2021 | $33,263.57 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other __ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Linda S. Allen<br>285 Poinsettia Avenue<br>Vista, CA 92083<br>**Secretary and Treasurer** | April 28, 2021; April 30, 2021; May 31, 2021; June 24, 2021 | $25,000.00 | **Compensation** |
| 4.2. | Michael Judy<br>5874 East Nees Avenue<br>Clovis, CA 93611<br>**Chairman of the Board** | July 31, 2020; August 31, 2020; September 30, 2020; October 31, 2020; November 30, 2020; December 31, 2020; January 31, 2021; February 28, 2021; March 31, 2021 | $67,500.00 | **Board of Director Compensation** |

| | Debtor | Preferred Communication Systems, Incorporated | Case number *(if known)* | |
|---|---|---|---|---|

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.3. | **Michael Scott**<br>**990 Hhighway 287 North**<br>**Suite 106-297**<br>**Mansfield, TX 76063**<br>**President** | **July 31, 2020; August 31, 2020; September 30, 2020; October 31, 2020; November 30, 2021; December 31, 2020; January 31, 2020; February 28, 2021; March 31, 2021** | **$72,000.00** | **Compensation** |
| 4.4. | **James R. Bell**<br>**224 Orange Blossom Road**<br>**Tavernier, FL 33070**<br>**Director** | **July 31, 2020; August 31, 2020; September 30, 2020; October 31, 2020; November 30, 2020; December 31, 2020; January 31, 2021; February 28, 2021; March 31, 2021** | **$27,000.00** | **Compensation** |
| 4.5. | **Kevin Shaffer**<br>**5779 Legends Club Drive**<br>**Braselton, GA 30517**<br>**Director** | **July 31, 2020; August 31, 2020; September 30, 2020; October 31, 2020; November 30, 2020; December 31, 2020; January 31, 2021; February 28, 2021; March 31, 2021** | **$27,000.00** | **Compensation** |

| Debtor | Preferred Communication Systems, Incorporated | Case number (if known) | |
|---|---|---|---|

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.6. **Richard M. Caglia**<br>**P.O. Box 1111**<br>**Fresno, CA 93714**<br>**Director** | **July 31, 2020; August 31, 2020; September 30, 2020; October 31, 2020; November 30, 2020; December 31, 2020; January 31, 2021; February 28, 2021; March 31, 2021** | **$27,000.00** | **Compensation** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:** **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Dorothy Agar, et al. v. Michael Judy, et al.**<br>**C.A. No. 9541-VCL** | **Derivative Action** | **Delaware Court of Chancery**<br>**Leonard L. Williams Justice Center**<br>**500 North King Street**<br>**Wilmington, DE 19801** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Carole Downs, Roman Kikta, and J. Barclay Knapp v. Preferred Communications Systems, Inc.**<br>**2021-0569-JTL** | **Advancement Action** | **Delaware Court of Chancery**<br>**Leonard L. Williams Justice Center**<br>**500 North King Street**<br>**Wilmington, DE 19801** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

|   | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.3. | **Carole Downs v. Preferred Communication Systems, Inc.**<br>**2021-0401-JTL** | **Advancement Action** | **Delaware Court of Chancery**<br>**Leonard L. Williams Justice Center**<br>**500 North King Street**<br>**Wilmington, DE 19801** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

**Part 4:   Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

   | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
   |---|---|---|---|

**Part 5:   Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ■ None

    | Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
    |---|---|---|---|

**Part 6:   Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

    |   | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
    |---|---|---|---|---|
    | 11.1. | **Chipman Brown Cicero & Cole, LLP**<br>**Hercules Plaza**<br>**1313 North Market Street**<br>**Suite 5400**<br>**Wilmington, DE 19801** | | **May 18, 2021** | **$25,000.00** |
    | | Email or website address<br>**www.chipmanbrown.com** | | | |
    | | Who made the payment, if not debtor? | | | |

| Debtor | Preferred Communication Systems, Incorporated | Case number *(if known)* | |
|---|---|---|---|

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

    | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
    |---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

    | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
    |---|---|---|---|

### Part 7: Previous Locations

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ☐ Does not apply

    | | Address | Dates of occupancy From-To |
    |---|---|---|
    | 14.1. | 285 Poinsettia Avenue<br>Vista, CA 92083 | Mid-January 2016 through June 2020 |

### Part 8: Health Care Bankruptcies

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ■ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

    | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
    |---|---|---|

### Part 9: Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

### Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

| Debtor | Preferred Communication Systems, Incorporated | Case number *(if known)* | |
|---|---|---|---|

### 18. Closed financial accounts
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | JPMorgan Chase Bank<br>JPMorgan Chase Bank Corp. Headquarters<br>1111 Polaris Parkway<br>Columbus, OH 43240 | XXXX-9507 | ☐ Checking<br>■ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | 2021 | $0.00 |

### 19. Safe deposit boxes
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Do you still have it? |
|---|---|---|---|

### 20. Off-premises storage
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

### 21. Property held for another
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

## Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

### 22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

| Debtor | Preferred Communication Systems, Incorporated | Case number *(if known)* | |
|---|---|---|---|

- ■ No.
- ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

- ■ No.
- ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

- ■ No.
- ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:** Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ☐ None

| | Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed | |
|---|---|---|---|---|
| 25.1. | VentureTel 700, Inc.<br>990 Highway 287 North<br>Suite 106-297<br>Mansfield, TX 76063-2607 | Wireless Spectrum Acquisitions | EIN:<br>From-To | 26-1490155<br>2007 to Present |
| 25.2. | Preferred Operating Company | Holding Company | EIN:<br>From-To | 26-1490155<br>1998 to Present |
| 25.3. | Preferred Acquisitions, Inc. | Wireless Spectrum Acquisitions | EIN:<br>From-To | 52-2253778<br>1998 to Present |
| 25.4. | Preferred of California | | EIN:<br>From-To | 26-1490063 |

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| | Name and address | Date of service<br>From-To |
|---|---|---|
| 26a.1. | Linda S. Allen<br>285 Poinsettia Avenue<br>Vista, CA 92083 | February 2, 2016 to Present |

| Debtor | Preferred Communication Systems, Incorporated | Case number *(if known)* | |
|---|---|---|---|

| Name and address | Date of service From-To |
|---|---|
| 26a.2. **The Alt Key**<br>**Attn: Jeffrey J. Krajewski, CPA**<br>**3514 North Power Road**<br>**Suite 101**<br>**Mesa, AZ 85215** | **2013 to Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

**Name and address**

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Linda S. Allen | 285 Poinsettia Avenue<br>Vista, CA 92083 | Secretary/Treasurer | 2.295% (Common Stock) |
| Name | Address | Position and nature of any interest | % of interest, if any |
| James R. Bell | 224 Orange Blossom Road<br>Tavernier, FL 33070 | Board Member | 0.944% (Common Stock) |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Richard M. Caglia | P.O. Box 1111<br>Fresno, CA 93714 | Board Member | 0.236% (Common Stock) |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Michael Judy | 5874 East Nees Avenue<br>Clovis, CA 93611 | Chairman of the Board | 10.453% (Common Stock) |

| Debtor | Preferred Communication Systems, Incorporated | Case number *(if known)* |
|---|---|---|

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Michael Scott | 2600 West 7th Street<br>Unit 2526<br>Fort Worth, TX 76107 | President | 3.894% (Common Stock) |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Kevin Shaffer | 3444 Auburn Avenue<br>Dacula, GA 30019 | Board Member | 5.310% (Common Stock) |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

   ■ No
   ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

    ☐ No
    ■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Linda S. Allen<br>285 Poinsettia Avenue<br>Vista, CA 92083 | $5,000.00 | Monthly | Compensation |
| | **Relationship to debtor**<br>Secretary/Treasurer | | | |
| 30.2. | James R. Bell<br>224 Orange Blossom Road<br>Tavernier, FL 33070 | $3,000.00 | Monthly | Compensation |
| | **Relationship to debtor**<br>Board Member | | | |
| 30.3. | Richard M. Caglia<br>P.O. Box 1111<br>Fresno, CA 93714 | $3,000.00 | Monthly | Compensation |
| | **Relationship to debtor**<br>Board Member | | | |
| 30.4. | Michael Judy<br>5874 East Nees Avenue<br>Clovis, CA 93611 | $7,500.00 | Monthly | Compensation |
| | **Relationship to debtor**<br>Chairman of the Board | | | |

| Debtor | Preferred Communication Systems, Incorporated | Case number (if known) | |
|---|---|---|---|

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.5. **Michael Scott**<br>**2600 West 7th Street**<br>**Unit 2526**<br>**Fort Worth, TX 76107**<br><br>**Relationship to debtor**<br>**President** | **$8,000.00** | **Monthly** | **Compensation** |
| 30.6. **Kevin Shaffer**<br>**3444 Auburn Avenue**<br>**Dacula, GA 30019**<br><br>**Relationship to debtor**<br>**Board Member** | **$3,000.00** | **Monthly** | **Compensation** |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

### Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **July 28, 2021**

*Michael Scott*
Signature of individual signing on behalf of the debtor

**Michael Scott**
Printed name

Position or relationship to debtor **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes