IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>PREFERRED COMMUNICATION SYSTEMS, INCORPORATED,<br><br>Debtor. | Chapter 7<br>Case No. 21-11082 (CTG) |

## NOTICE OF APPEARANCE
## AND REQUEST FOR SERVICE OF NOTICES AND PAPERS

PLEASE TAKE NOTICE that the undersigned counsel appears in these proceedings as counsel for O'Kelly & O'Rourke, LLC pursuant to Fed. R. Bankr. P. 9010(b). Counsel hereby requests, pursuant to Fed. R. Bankr. P. 2002, 3017 and 9007 and §§ 342 and 1109(b) of the Bankruptcy Code, that copies of all notices, pleadings, papers, and orders given or filed in the above-captioned case be served upon the following:

> Adam Hiller, Esquire
> Hiller Law, LLC
> 300 Delaware Avenue, Suite 210, #227
> Wilmington, Delaware 19801
> (302) 442-7677
> ahiller@adamhillerlaw.com

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Notices and Papers shall not be deemed or construed to be a waiver of any rights (i) to have final orders in non-core matters entered only after de novo

review by a District Judge, (ii) to trial by jury in any proceeding so triable in these cases or in any case, controversy, or proceeding related to these cases, (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) of any other rights, claims, actions, set-offs, or recoupments to which this party is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, set-offs, and recoupments are expressly reserved.

Dated: December 22, 2021
Wilmington, Delaware

Respectfully submitted,

HILLER LAW, LLC

 /s/ Adam Hiller
Adam Hiller (DE No. 4105)
PLEASE NOTE NEW ADDRESS:
300 Delaware Avenue, Suite 210, #227
Wilmington, Delaware 19801
(302) 442-7677 telephone
*ahiller@adamhillerlaw.com*

*Attorney for O'Kelly & O'Rourke, LLC*